

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR REHEARING

Appellate case name:     Gary Harling v. The State of Texas

Appellate case number:   01-22-00216-CR

Trial court case number:  87966-CR

Trial court:             300th District Court of Brazoria County

Date Motion filed:        January 9, 2023

Party filing motion:      Appellant

It is ordered that Appellant Gary Harling's Motion for Rehearing is **denied**.

Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting for the Court

Panel consists of Justices Kelly, Rivas-Molloy, and Guerra.

Date:  February 7, 2023